**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| SCHNELL COLLINS, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 4:19-cv-02865 |
| | § | |
| v. | § | |
| | § | |
| CAPITAL ONE AUTO FINANCE, INC., | § | |
| | § | |
| Defendant. | § | |
| | § | |
| | § | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendant in the above-referenced cause (the "Lawsuit"), through their undersigned counsel, hereby stipulate to the dismissal with prejudice of all claims and defenses asserted or which could have been asserted in this Lawsuit against Defendant, with each party to bear its own attorneys' fees, costs and expenses.

| | |
|---|---|
| /s/ Kent D. Krabill | /s/ Amy L. B. Ginsburg |
| Kent D. Krabill, PLLC | Amy L. B. Ginsburg, Esq. |
| V. Chisara Ezie-Boncoeur | Kimmel & Silverman, P.C. |
| **LYNN PINKER COX & HURST, LLP** | 30 East Butler Pike |
| 2100 Ross Avenue, Suite 2700 | Ambler, PA 19002 |
| Dallas, TX 75201 | Phone: 215-540-8888 |
| Phone: 214-981-3800 | Fax: 215-540-8817 |
| Email:  kkrabill@lynnllp.com | Email: teamkimmel@creditlaw.com |
| cezie-boncoeur@lynnllp.com | Attorney for Plaintiff |
| Facsimile: (214) 981-3839 | |
| Attorneys for the Defendant | |
| | |
| Dated: February 3, 2020 | Dated: February 3, 2020 |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| SCHNELL COLLINS, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 4:19-cv-02865 |
| | § | |
| v. | § | **ORDER OF DISMISSAL** |
| | § | |
| CAPITAL ONE AUTO FINANCE, INC., | § | |
| | § | |
| Defendant. | § | |
| | § | |
| | § | |

IT IS HEREBY ORDERED that Plaintiff's claims asserted against Defendant and which could have been asserted against Defendant in the above-captioned action (the "Lawsuit") are DISMISSED with prejudice.  The parties shall each bear their own attorney's fees, costs and expenses.


SO ORDERED.


_____

Hon. Charles Eskridge, presiding

## CERTIFICATE OF SERVICE

I, Amy L. Bennecoff Ginsburg, Esquire, do certify that I served a true and correct

copy of the Stipulation of Dismissal and Proposed Order in the above-captioned matter, upon the

following via CM/ECF system:

Kent D. Krabill, PLLC
V. Chisara Ezie-Boncoeur
**LYNN PINKER COX & HURST, LLP**
2100 Ross Avenue, Suite 2700
Dallas, TX 75201
Phone: 214-981-3800
Email:  kkrabill@lynnllp.com
cezie-boncoeur@lynnllp.com
Attorneys for the Defendant


Dated: February 3, 2020                    By: /s/ Amy L. Bennecoff Ginsburg
                                           Amy L. Bennecoff Ginsburg, Esq.
                                           Kimmel & Silverman, P.C.
                                           30 E. Butler Avenue
                                           Ambler, PA 19002
                                           Tel: 215-540-8888
                                           Fax: 215-540-8817
                                           Email: teamkimmel@creditlaw.com
                                           Attorney for Plaintiff