United States District Court
Southern District of Texas

**ENTERED**

February 04, 2020

David J. Bradley, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |  |
|---|---|---|
| SCHNELL COLLINS, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 4:19-cv-02865 |
| | § | |
| v. | § | **ORDER OF DISMISSAL** |
| | § | |
| CAPITAL ONE AUTO FINANCE, INC., | § | |
| | § | |
| Defendant. | § | |
| | § | |
| | § | |

IT IS HEREBY ORDERED that Plaintiff's claims asserted against Defendant and which could have been asserted against Defendant in the above-captioned action (the "Lawsuit") are DISMISSED with prejudice. The parties shall each bear their own attorney's fees, costs and expenses.

SO ORDERED.

Hon. Charles Eskridge, presiding